JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR -2 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 422

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRE DISASTER AT HOLIDAY INN, CAMBRIDGE, OHIO,
ON JULY 31, 1979

ORDER DENYING MOTION AS MOOT

   On February 7, 1980, defendants in some or all of the actions in this litigation moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring the Eastern District of New York and the Western District of Pennsylvania actions to the Southern District of Ohio for coordinated or consolidated pretrial proceedings with the three actions pending there. Since that motion was filed with the Panel, however, the Western District of Pennsylvania action has been dismissed with prejudice and the Eastern District of New York action has been transferred, pursuant to 28 U.S.C. §1404(a), to the Southern District of Ohio.

   IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for transfer of the actions listed on the attached Schedule A and formerly pending in the Eastern District of New York and the Western District of Pennsylvania to the Southern District of Ohio be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

DOCKET NO. 422 -- IN RE FIRE DISASTER AT HOLIDAY INN, CAMBRIDGE, OHIO, ON JULY 31, 1979

EASTERN DISTRICT OF NEW YORK

Paul Regenscheid, et al. v. Holiday Inns, Inc., et al., Civil Action No. 79C3255

WESTERN DISTRICT OF PENNSYLVANIA

Harriet Saloum, etc. v. Holiday Inns, Inc., et al., Civil Action No. 79-1678

SOUTHERN DISTRICT OF OHIO

Merribeth Anderson, et al. v. Holiday Inns, Inc., et al., Civil Action No. C-1-79-555

E. Dale Habegger, M.D., etc. v. Holiday Inns, Inc., et al., Civil Action No. C-1-79-556

Michael Gartland Grimes v. Holiday Inns, Inc., et al., Civil Action No. C-1-79-676